UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA D. WOODFORD,   Case No. 2:07-cv-14725

    Plaintiff,   Hon. Denise Page Hood
Magistrate Mona K. Majkoub

v.

HEWLETT-PACKARD COMPANY,

    Defendant.
_____/

| | |
|---|---|
| Raymond J. Sterling (P34456) | Thomas J. Flaherty, Esq. |
| Jack E. Gray, Jr. (P56502) | Littler Mendelson |
| Attorneys for Plaintiff | Attorney for Defendant |
| Driggers, Schultz & Herbst, P.C. | 8200 Greensboro Drive, 9th Floor |
| 2600 W. Big Beaver Rd., Ste. 550 | McLean, VA 22102 |
| Troy, MI 48084 | (703) 442-8425 |
| (248) 649-6000 | |
| | Amanda Helm Wright, Esq. |
| | Littler Mendelson |
| | Attorney for Defendant |
| | 200 North LaSalle Street, Ste. 2900 |
| | Chicago, IL 60601 |
| | (312) 795-3272 |

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of the Court held in Detroit, Michigan
on    September 10, 2008

PRESENT: Hon. DENISE PAGE HOOD
U.S. District Judge

    Pursuant to the stipulation of the parties, this case is dismissed with prejudice and without costs or attorney fees to either party.

    s/ DENISE PAGE HOOD
    HON. DENISE PAGE HOOD

We stipulate to entry of this order:

| | |
|---|---|
| s/Raymond J. Sterling (P34456) | s/Amanda Helm Wright/with consent |
| Driggers, Schultz & Herbst, P.C. | Littler Mendelson |
| 2600 W. Big Beaver Rd., Ste. 550 | 200 North LaSalle Street, Ste. 2900 |
| Troy, MI 48084 | Chicago, IL 60601 |
| Phone: (248) 649-6000 | Phone: (312) 795-3272 |
| Email: rsterling@driggersschultz.com | Email: awright@littler.com |